IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Dave Rickey, Special Administrator for the Estate of Marvin L. Rickey, Deceased,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**Georgia-Pacific LLC,**<br><br>    **Defendant.** | WI-WD Case No.  99-cv-00547-bbc |

## APPEARANCE OF COUNSEL

To:    The Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Georgia-Pacific LLC.

Dated: February 3, 2014

> By:  s/Michael W. Drumke
> Michael W. Drumke
> Attorney for Defendant Georgia-Pacific LLC
> Swanson, Martin & Bell, LLP
> 330 North Wabash Avenue
> Suite 3300
> Chicago, Illinois 60611
> Telephone: (312) 321-9100
> Facsimile: (312) 321-0990
> E-mail: mdrumke@smbtrials.com

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Dave Rickey, Special Administrator for the Estate of Marvin L. Rickey, Deceased,**<br><br>     **Plaintiff,**<br>**v.**<br><br>**Georgia-Pacific LLC,**<br><br>     **Defendant.** | WI-WD Case No. 99-cv-00547-bbc |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I electronically filed with this Court's ECF system, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corp.'s, Appearance of Counsel, which will send notification of such filing to the following:

Mr. Michael P. Cascino, Cascino Vaughan Law Offices, Ltd., 220 S. Ashland Ave., Chicago, IL 60607, and all counsel of record.

```
                    s/Michael W. Drumke_____
                    Michael W. Drumke
                    Attorney for Defendant Georgia-Pacific LLC
                    Swanson, Martin & Bell, LLP
                    330 North Wabash Avenue
                    Suite 3300
                    Chicago, Illinois 60611
                    Telephone: (312) 321-9100
                    Facsimile: (312) 321-0990
                    E-mail: mdrumke@smbtrials.com
```