IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS, Plaintiffs, v. VARIOUS DEFENDANTS, Defendants | This Document Relates to: **CVLO-3 cases on the attached Exhibit "A"** |

FILED
OCT - 3 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

This matter coming to be heard on Plaintiffs' Motion to Dismiss Specific Defendants From CVLO-3 Cases Pursuant to Fed. R. Civ. P. 41(a)(2), **IT IS HEREBY ORDERED** that the specific defendants on Exhibit A are dismissed without prejudice and without costs from plaintiffs' cases as outlined on Exhibit A. This dismissal affects no other defendants in cases listed on Exhibit A and plaintiffs' cases shall proceed as to all remaining defendants.

Date: Oct. 3, 2012

_____
Honorable Eduardo C. Robreno

# Exhibit A

*Specific Defendants Plaintiffs' Seek to Dismiss from Certain CVLO-3 Cases*

| Last | First | E.D. PA Case No. | Defendant to be Dismissed |
|---|---|---|---|
| Andris | Arthur | 10-CV-67885 | Certainteed Corporation |
| Andris | Arthur | 10-CV-67885 | I U North America Incorporated |
| Cadotte | Joseph | 10-CV-64680 | A.W. Chesterton Company |
| Cadotte | Joseph | 10-CV-64680 | Georgia Pacific Corporation |
| Cadotte | Joseph | 10-CV-64680 | John Crane |
| Cadotte | Joseph | 10-CV-64680 | Rapid American Corporation |
| Collins | Arthur | 10-CV-64567 | Rockbestos |
| Collins | Arthur | 10-CV-64567 | Westinghouse Electric Company |
| Doyle | James | 08-CV-89845 | Rhone Poulenc AG Company |
| Haffner | Robert | 08-CV-89863 | Airco The Boc Group |
| Haffner | Robert | 08-CV-89863 | Lincoln Electric Company |
| Haffner | Robert | 08-CV-89863 | Rhone-Poulenc AG Company |
| Hakes | Donald | 10-CV-68063 | Certainteed Corporation |
| Hakes | Donald | 10-CV-68063 | John Crane |
| Hakes | Donald | 10-CV-68063 | Lincoln Electric Company |
| Hass | Laverne | 09-CV-60267 | General Refractories Company |
| Hass | Laverne | 09-CV-60298 | General Refractories Company |
| Hass | Laverne | 09-CV-60267 | Goodrich Corp. |
| Hass | Laverne | 09-CV-60298 | Goodrich Corp. |
| Jenkins | Harold | 08-CV-92237 | Okonite Incorporate |
| Jenkins | Harold | 08-CV-92237 | Rockbestos |
| Jenkins | Harold | 08-CV-92237 | Westinghouse Electric Company |
| Meagher | John | 09-CV-60445 | Georgia Pacific Corporation |

| Last | First | E.D. PA Case No. | Defendant to be Dismissed |
|---|---|---|---|
| Meagher | John | 09-CV-60445 | J P Bushnell Packing And Supply Incorporated |
| Meagher | John | 09-CV-60445 | Rhone-Poulenc AG Company |
| Morris | Michael | 09-CV-61495 | Rhone-Poulenc AG Company |
| Rickey | Marvin | 10-CV-61345 | CBS Corporation |
| Rickey | Marvin | 10-CV-61345 | Foster Wheeler Energy Corp |
| Rickey | Marvin | 10-CV-61345 | General Refractories Company |
| Rickey | Marvin | 10-CV-61345 | Oakfabco Inc. |
| Rickey | Marvin | 10-CV-61345 | Rapid American Corporation |
| Rickey | Marvin | 10-CV-61345 | Rockbestos |
| Rickey | Marvin | 10-CV-61345 | Trane US, Inc. |
| Stephens | John | 09-CV-64733 | General Refractories Company |
| Sutherlin | James | 10-CV-64565 | General Refractories Company |
| Sutherlin | James | 10-CV-64565 | Georgia Pacific Corporation |
| Vradenburg | Stanley | 09-CV-62185 | General Refractories Company |
| Vradenburg | Stanley | 09-CV-62185 | J P Bushnell Packing And Supply Incorporated |
| Woods | James | 09-CV-62583 | Georgia Pacific LLC |
| Woods | James | 09-CV-62583 | Linde Inc. |

Case 2:09-cv-06454-ER Document 1376 Filed 10/31/14 Page 4 of 4
Case 2:90-cv-06345-ER Document 1376 Filed 10/31/14 Page 4 of 4
Certificate of Service

**MAILED:**

| | | |
|---|---|---|
| BRIAN FIELDS | JEFFREY SCHMECKPEP | MICHAEL JASSAK |
| C. KOEBELE | JEROME KRINGS | RICHARD BOLTON |
| CHARLES BOHL | JOEL POOLE | RICHARD STEINKEN |
| CHRISTOPHER RAISTRICK | JOHN DIXON | STACEY SENECZKO |
| D. GLOOR | JOSHUA MURPHY | STEPHEN KRAVIT |
| DANIEL FARROLL | K. CAREY | STEPHEN MAASSEN |
| DANIEL OVERBEY | KENNETH GORENBERG | STEVEN CELBA |
| DAVID BARTEL | KRISTIN ACHTERHOF | STEVEN SANDERS |
| DEAN PANOS | LAURA O'CONNELL | SUSAN GUNTY |
| DENNIS DOBBELS | MATTHEW LEE | THADDEUS STANKOWSKI |
| DEREK SMITH | MICHAEL CIESLEWICZ | TIMOTHY FAGAN |
| JAMES CULHANE | MICHAEL HENNIG | VANI SINGHAL |
| | | WILLIAM HASSLER |

**E-MAILED:**

| | | |
|---|---|---|
| ADAM LAGOCKI | GREGORY LYONS | PATRICK LAMB |
| ALLEN VAUGHAN | J. BRADLEY | PAUL O'FLAHERTY |
| AMANDA SUMMERLIN | JAMES MORRISON | PAUL WOJCICKI |
| AMIEL GROSS | JAMES WYNNE | RAYMOND FOURNIE |
| ANDREW DETHERAGE | JAMIE YADGAROFF | RICHARD LAUTH |
| BRADLEY BULTMAN | JASON KENNEDY | ROBERT RILEY |
| BRETT LARSEN | JEFFREY HEBRANK | ROBERT SCHROEDER |
| BRYAN SKELTON | JENNIFER STUDEBAKER | ROBERT SPINELLI |
| C. DOUGLAS | JOHN CANONI | ROGER HEIDENREIC |
| CAROL ZUCKERMAN | JOHN FONSTAD | RONALD AUSTIN |
| CATHERINE MOHAN | JOHN HELLER | SARAH MILLER |
| CHRISTI JONES | JOSEPH SULLIVAN | SCOTT SIMPKINS |
| CHRISTOPHER LARSON | KATHERINE SPITZ | SHAWANE LEE |
| CHRISTOPHER P.BANASZAK | KAYCE GISINGER | SHAWN BABIUCH |
| CLARE MAISANO | KENT PLOTNER | STEPHEN JENKINS |
| CRAIG BRASFIELD | KEVIN KNIGHT | STEVEN BARBER |
| CRAIG LILJESTRAN | KIRK HARTLEY | TEIRNEY CHRISTENSO |
| CYNTHIA LOCKE | KNIGHT ANDERSON | THOMAS GILLIGAN |
| DANIEL CHEELY | KURTIS REEG | THOMAS GONZALEZ |
| DANIEL DONAHUE | MAJA EATON | THOMAS KERNELL |
| DANIEL JARDINE | MARGARET FOSTER | THOMAS ORRIS |
| DANIEL MANNA | MARK FELDMANN | THOMAS SCHRIMPF |
| DANIEL MCGRATH | MARY ANN HATCH | TIMOTHY KAPSHANDY |
| DAVID DOGAN | MATTHEW FISCHER | TIMOTHY KRIPPNER |
| DAVID SETTER | MICHAEL BERGIN | TIMOTHY PAGEL |
| DEMETRA CHRISTOS | MICHAEL CASCINO | TIMOTHY PIKE |
| DONALD CARLSON | MICHAEL DENNING | TOBIN TAYLOR |
| DOUGLAS KING | MICHAEL DRUMKE | TREVOR WILL |
| EDWARD MCCAMBRIDG | MICHAEL ROSENBERG | WALTER WATKINS |
| EMILY ZAPOTOCNY | MITCHELL MOSER | WILLIAM CROKE |
| ERIC CARLSON | NEAL MCQUEENEY | WILLIAM MAHONEY |
| FORREST WILKES | NICOLE BEHNEN | WILLIAM SMITH |
| | OLLIE HARTON | WILLIS TRIBLER |

10/3/2012